COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-22-00920-CV

Style:                                      In the Estate of J. Hugh Wheatfall v.

Trial Court Case Number:      8866-A

Trial Court:                          County Court of Grimes County

Type of Motion:                    Objection to Mediation

Party Filing Motion:              Appellee

Appellee has objected to mediation.  The Court's mediation order dated January 2, 2023 is withdrawn.

Judge's signature: /s/ Julie Countiss_____
                          Acting individually

Date:    January 13, 2023

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).